B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  Doris Panos Designs, Ltd.                                   Case No. _____

                           Debtor(s)                                Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express Business<br>P.O. Box 2855<br>New York, NY 10116-2855 | American Express Business<br>P.O. Box 2855<br>New York, NY 10116-2855 | Corporate Credit Card for Business | | 91,728.82 |
| AMTECH Casting, Inc.<br>37 West 47th Street<br>17th Floor<br>New York, NY 10038 | AMTECH Casting, Inc.<br>37 West 47th Street<br>17th Floor<br>New York, NY 10038 | Casting Company | | 77,965.90 |
| Bellataire, LLC<br>19 West 44th Street<br>16th Floor<br>New York, NY 10036 | Bellataire, LLC<br>19 West 44th Street<br>16th Floor<br>New York, NY 10036 | Diamond Company | | 22,815.40 |
| Carrera Casting Corp.<br>64 West 48th Street<br>New York, NY 10036 | Carrera Casting Corp.<br>64 West 48th Street<br>New York, NY 10036 | Casting Company | | 102,000.00 |
| Chopard USA Ltd.<br>a New York Corp.<br>21 East 63rd. Street<br>New York, NY 10021 | Chopard USA Ltd.<br>a New York Corp.<br>21 East 63rd. Street<br>New York, NY 10021 | Landlord | | 143,854.91 |
| Couture<br>c/o JP Morgan Chase<br>P.O. Box 88945<br>Chicago, IL 60695-1945 | Couture<br>c/o JP Morgan Chase<br>P.O. Box 88945<br>Chicago, IL 60695-1945 | Trade Show | | 29,400.00 |
| Daniel & Robert<br>Design Jewelry<br>Babiali cad.no: 2634440<br>Cagaloglu Istanbul<br>Turkiye | Daniel & Robert<br>Design Jewelry<br>Babiali cad.no: 2634440<br>Turkiye | Jewelry Designer | | 43,250.00 |
| DHW Group, Inc.<br>177 Bay Ridge Avenue<br>Brooklyn, NY 11220 | DHW Group, Inc.<br>177 Bay Ridge Avenue<br>Brooklyn, NY 11220 | CPA Consulting Firm | | 31,182.50 |
| Doris Panos<br>130 Old East Neck Road<br>Melville, NY 11747 | Doris Panos<br>130 Old East Neck Road<br>Melville, NY 11747 | Loan | | 310,413.46 |
| DSL Pearl, Inc.<br>15 West 47th Street<br>Suite 605<br>New York, NY 10036 | DSL Pearl, Inc.<br>15 West 47th Street<br>Suite 605<br>New York, NY 10036 | Pearl Vendor | | 17,965.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Erol Jewelry Inc. 2 West 46th Street Suite 806 New York, NY 10036 | Erol Jewelry Inc. 2 West 46th Street Suite 806 New York, NY 10036 | Jewelry Vendor | | 296,173.50 |
| Ewa & Son Diamond Inc. 31 West 47th Street Room 1103 New York, NY 10036 | Ewa & Son Diamond Inc. 31 West 47th Street Room 1103 New York, NY 10036 | Jewelry Vendor | | 18,518.00 |
| Fritz Hub Edelsteine Kiefernweg 21 55758 Allenbach | Fritz Hub Edelsteine Kiefernweg 21 Allenbach | Stone Buyer Vendor | | 16,423.75 |
| I.Morgenstein, Inc. 580 Fifth Avenue New York, NY 10036 | I.Morgenstein, Inc. 580 Fifth Avenue New York, NY 10036 | Diamond Dealer | | 286,469.00 |
| Joseph Rosen Trustee FBO Jonathan P. Rosen 40 East 69 Street New York, NY 10021 | Joseph Rosen Trustee FBO Jonathan P. Rosen 40 East 69 Street New York, NY 10021 | Loan | | 150,000.00 |
| Modern Luxury Media, Inc. P.O. Box 512808 Los Angeles, CA 90051-0808 | Modern Luxury Media, Inc. P.O. Box 512808 Los Angeles, CA 90051-0808 | Advertising Firm | | 37,000.00 |
| SAMI Jewelry Company 78 West 47th Street #304 New York, NY 10036 | SAMI Jewelry Company 78 West 47th Street #304 New York, NY 10036 | Jeweler | | 95,736.00 |
| Sauraj Diamonds (NY) Inc. 10 West 46th Street Room #1301 New York, NY 10036 | Sauraj Diamonds (NY) Inc. 10 West 46th Street Room #1301 New York, NY 10036 | Diamond Dealer | | 100,785.15 |
| Star Jewelry Creations 37 West 47th Street New York, NY 10036 | Star Jewelry Creations 37 West 47th Street New York, NY 10036 | Jewelry Dealer | | 47,724.29 |
| World Gold Council 424 Madison Avenue 3rd Floor New York, NY 10017 | World Gold Council 424 Madison Avenue 3rd Floor New York, NY 10017 | Advertising Company | | 128,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Doris Panos Designs, Ltd.**                          Case No. _____

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   April 17, 2009                         Signature   **/s/ Doris Panos**
                                                          **Doris Panos**
                                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.