**UNITED STATES BANKRUPTCY COURT**　　　ID #13-3716467
**EASTERN  DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In Re:**　　　　　　　　　　　　　　　**Chapter 11**

**DORIS PANOS DESIGNS, LTD.,**　　　　**Case No. 09-72685-ast**
　　　　　　　　　　　　　　　　　　**Honorable Alan S. Trust**
　　　　　　　　　　**Debtor.**
-----------------------------------------------------------------x

### <u>ORDER CONFIRMING PLAN</u>

The Second Amended Chapter 11 Plan under chapter 11 of the Bankruptcy Code

filed by the Debtor Doris Panos Designs, Ltd, on July 26, 2010 having been transmitted

to creditors and equity security holders; and

It having been determined after a hearing held on notice on August 30, 2010 that

the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied;

**IT IS ORDERED THAT:**

The plan filed by Doris Panos Designs, Ltd., on  July 26, 2010 is confirmed.

A copy of the confirmed plan may be found at Court Docket No. 231.



**Dated: September 1, 2010**　　　　　　　_____
**Central Islip, New York**　　　　　　　　　　**Alan S. Trust**
　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**