# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722–9013

IN RE:                                                              CASE NO: 8–09–72685–ast

   Doris Panos Designs, Ltd.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:            CHAPTER: 11

   13–3716467

                        DEBTOR(s)

## NOTICE OF ENTRY OF ORDER CONFIRMING
## CHAPTER 11 PLAN OF REORGANIZATION


## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES


Notice is hereby given that:

In accordance with Bankruptcy Rule 2002, an order was signed on September 1, 2010 confirming the debtor's Chapter 11 Plan of Reorganization.

The Order Confirming the Plan of Reorganization is on file and available for inspection in the Clerk's Office,

290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722–9013


Dated: September 1, 2010


                                   For the Court, Robert A. Gavin, Jr., Clerk of Court


**BLeoc.jsp** [Notice Confirming Chapter 11 Plan rev. 05/23/07]